The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TATOOSH SEAFOODS, LLC, and PACIFIC ALASKA SEAFOODS, INC., <br><br> Plaintiffs, <br><br> CITY OF UNALASKA, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> M/V GOLDEN WEST, OFFICIAL NUMBER 1090212, *in rem,* and JASON LEE HOY and JANE DOE HOY, and their marital community, BUD HOY and JANE DOE HOY, and their marital community, *in personam,* <br><br> Defendants. | IN ADMIRALTY <br><br> No. CV02 0825 C <br><br> ORDER AND JUDGMENT IN FAVOR OF CITY OF UNALASKA <br><br> <u>Clerk's Action Required</u> |

THIS MATTER came before the Court on Intervening Plaintiff City of

[Proposed] ORDER AND JUDGMENT - 1
Cause No. CV02 0825 C

HELSELL
FETTERMAN
A Limited Liability Partnership

1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

Unalaska's Motion for Summary Judgment and for Order of Disbursement. The Court has fully reviewed the motion and all papers, if any, in support of and in response thereto, together with the remainder of the Court's file herein.

NOW, THEREFORE, the Court hereby ORDERS that:

1. Judgment shall be, and hereby is, entered in favor of Intervening Plaintiff City of Unalaska against funds in the Court's registry herein, as substitute security for the defendant vessel M/V GOLDEN WEST, in the principal amount of $1,441.10 plus interest accruing thereon since May 9, 2002 at the monthly rate of 0.875%, for the total judgment amount of $2,248.12.

2. The Clerk of the Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $1,516.76 plus all accrued interest, minus any statutory user fees, payable to "City of Unalaska" and mail or deliver the check to its counsel of record:

> Scott E. Collins
> Helsell Fetterman LLP
> 1001 Fourth Avenue, Ste. 4200
> Seattle, WA 98154
> Telephone: (206) 292-1144
> Facsimile: (206) 340-0902
> Email: scollins@helsell.com

3. Payment by the Clerk to the City of Unalaska under paragraph 2 of this Order and Judgment shall satisfy the judgment granted in paragraph 1 of this Order and Judgment.

[Proposed] ORDER AND JUDGMENT - 2
Cause No. CV02 0825 C



1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144

1   DONE this 11th day of December, 2007.

*(signature)*

HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Scott E. Collins*
Scott E. Collins, WSBA #18399
HELSELL FETTERMAN LLP
1001 Fourth Avenue, Suite 4200
Seattle, WA  98154
Tel:  (206) 292-1144
Fax:  (206) 340-0902
Email:  scollins@helsell.com

Attorneys for Plaintiff-Intervenor
  City of Unalaska

[Proposed] ORDER AND JUDGMENT - 3
Cause No. CV02 0825 C



1001 Fourth Avenue, Suite 4200
P.O. Box 21846/Seattle, WA 98111-3846
(206) 292-1144